# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-1539
Lower Tribunal No. 2025-DP-000029-O

———————————————

In the Interest of O.L.E., a child.

S.E.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,

Appellees.

———————————————

Appeal from the Circuit Court for Orange County.
Wayne C. Wooten, Judge.

October 22, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


David J. Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Marie Priebe, of Legal Aid Society of the O.C.B.A., Inc., Orlando, for Appellee, Guardian ad Litem Program.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED